IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RAUDEBAUGH, DANIEL D.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-76981 MB<br><br>Judge  MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on 10/15/05. The Trustee was appointed on 10/15/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 187,000.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of April 9, 2007 is as follows:

   a.   RECEIPTS (See Exhibit C)                                $_____193,665.36

   b.   DISBURSEMENTS (See Exhibit C)                      $_____79,917.45

   c.   NET CASH available for distribution                     $_____113,747.91

   d.   TRUSTEE/PROFESSIONAL COSTS

    1. Trustee compensation requested (See Exhibit F)     $ _____ 12,933.27
    2. Trustee Expenses (See Exhibit F)     $ _____ 0.00
    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F-1)     $ _____ 4,569.50

    e. Illinois Income Tax for Estate (See Exhibit G)     $ _____ 0.00

5. The Bar Date for filing unsecured claims expired on 04/25/06

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims     $ _____ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims     $ _____ 17,502.77

    c. Allowed Chapter 11 Administrative Claims     $ _____ 0.00

    d. Allowed priority claims     $ _____ 0.00

    e. Allowed unsecured claims     $ _____ 291,811.00

    f. Surplus return to debtor     $ _____ 0.00

7. Trustee proposes that unsecured creditors receive a distribution of 37.62% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $79,917.45 to special counsel, Martin L. Glink ($60,000.00 attorney fees; $275.55 expenses; $3,928.00 medical lien of Good Shepherd Hospital and Harris & Harris, Ltd.; $4,315.00 medical lien Lake Cook Orthopedic; $435.90 medical lien Dr. Kevin Shoults and Medical Financial Management; $10,000.00 medical lien Westfield Insurance Company; $963.00 medical lien Barrington Rehabilitation & Sports Physical Therapy). Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $4,569.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $4,569.50.

9. A fee of $2,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   April 9, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
RAUDEBAUGH, DANIEL D.

CASE NO. 05-76981 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 17,502.77 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims: | $ 96,245.14 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 113,747.91 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $17,502.77 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 12,933.27 | 12,933.27 |
| | Stephen G. Balsley, Attorney for Trustee | 4,569.50 | 4,569.50 |
| | TOTAL | $ | 17,502.77 |

d. $96,245.14 for general unsecured creditors who have filed claims allowed in the total amount of $255,811.00, yielding a dividend of 37.62%, as itemized below:

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $255,811.00 | 37.62% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Cecil and Mary Jane Raudebaugh | 30,000.00 | 11,287.06 |
| 3 | Leonard Raudebaugh | 36,300.00 | 13,657.34 |
| 4 | Jim and Cathy Hill | 189,511.00 | 71,300.74 |
| | TOTAL | $ | 96,245.14 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $36,000.00 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $36,000.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 5 | John Steffen | 36,000.00 | 0.00 |
| | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Barrington Rehab & Sports Therapy 27401 West Il Route 22 Suite 107 Barrington, IL 60010 | $ 693.00 | Disallowed pursuant to Court Order 03/14/07 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: April 9, 2007  /s/Stephen G. Balsley
STEPHEN G. BALSLEY, Trustee

04/09/2007 13:25 FTP  BSLBV → scans ☑006/012

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 12,933.27 | $ 12,933.27 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 4,569.50 | $ 4,569.50 |
| TOTALS | $ 0.00 | $ 17,502.77 | $ 17,502.77 |

# EXHIBIT A
# TASKS PERFORMED

## DANIEL D. RAUDEBAUGH
## CHAPTER 7 BANKRUPTCY CASE NO. 05-76981

---

The major assets in this case were the personal injury claims of the Debtor, Daniel D. Raudebaugh. The Trustee retained the services of Attorney Martin L. Glink as special counsel to pursue the claims. The Trustee worked with special counsel in that matter. The claims included an underinsured motorist claim against Westfield Insurance Company, which was settled for $180,000.00. The Trustee received those proceeds pursuant to an Order to Compromise Controversy entered by the Court on March 15, 2007. Distribution was made to the medical lien holders and attorney fees and expenses out of the proceeds. The Trustee also recovered the pre-petition personal injury settlement of $13,654.58.

There was litigation between the Debtor and creditors, Jim Hill and Cathy Hill. An adversary proceeding between the parties was settled. Part of the agreement in that proceeding was the Debtor would withdraw his claim of exemption for the personal injury claim. This claim of exemption was withdrawn accordingly.

The Trustee objected to late-filed Claim #5 and Claim #1 which was filed as a secured claim. Claim #1 was disallowed and Claim #5 was allowed as a late filed general unsecured claim. The creditor in Claim #1 was paid as a lien holder out of proceeds of the personal injury settlement.

The Trustee investigated into the alleged claim which the Debtor had against Jim Hill and Cathy Hill. The Trustee determined that the claim did not have value to the bankruptcy estate, and that any cause of action was abandoned by the Trustee pursuant to Court Order of April 4, 2007.

The Trustee has determined that no income tax returns are required in this bankruptcy estate.

SGB:vcg

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-76981 MB | | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- | --- |
| Case Name: | RAUDEBAUGH, DANIEL D. | | Filed (f) or Converted (c): | 10/15/05 (f) |
| | | | §341(a) Meeting Date: | 12/30/05 |
| Period Ending: | 04/09/07 | | Claims Bar Date: | 04/25/06 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1/2 interest 332 Park Avenue, Cary, IL | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - TCF Bank | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | .38 Smith & Wesson Pistol | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | TC Contender Firearm | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | TC Contender Rifle | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100% interest in Excalibur Enterprises | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Claim against Jim and Cathy Hill Order Abandoning Claim 04/04/07 | 187,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Personal injury case | 250,000.00 | 193,654.58 | | 193,654.58 | FA |
| 12 | 1999 GM Truck | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1987 Pro Craft | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | INTEREST (u) | Unknown | N/A | | 10.78 | Unknown |
| | **Assets Totals** (Excluding unknown values) | **$673,950.00** | **$193,654.58** | | **$193,665.36** | **$0.00** |

EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05-76981 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | RAUDEBAUGH, DANIEL D. | Filed (f) or Converted (c): | 10/15/05 (f) |
| | | §341(a) Meeting Date: | 12/30/05 |
| Period Ending: 04/09/07 | | Claims Bar Date: | 04/25/06 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2007      **Current Projected Date Of Final Report (TFR):** April 9, 2007 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-76981 MB | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** | RAUDEBAUGH, DANIEL D. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Taxpayer ID #:** | 13-7558789 | **Account:** ***-*****76-65 - Money Market Account |
| **Period Ending:** | 04/09/07 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| | | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/09/07 | {11} | Martin L. Glink | Proceeds from pre-petition personal injury suit | 1142-000 | 13,654.58 | | 13,654.58 |
| 03/27/07 | {11} | Westfield Insurance | Settlement of personal injury | 1142-000 | 180,000.00 | | 193,654.58 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.78 | | 193,665.36 |
| 04/06/07 | | To Account #*********7666 | Transfer funds from MMA to checking for settlement distribution | 9999-000 | | 79,917.45 | 113,747.91 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 193,665.36 | 79,917.45 |
| | Less: Bank Transfers | 0.00 | 79,917.45 |
| | **Subtotal** | 193,665.36 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **NET Receipts / Disbursements** | **$193,665.36** | **$0.00** |

**ACCOUNT TOTALS** ... $113,747.91

EXHIBIT C

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-76981 MB | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: | RAUDEBAUGH, DANIEL D. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | | Account: ***-*****76-66 - Checking Account |
| Taxpayer ID #: | 13-7558789 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: | 04/09/07 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/07 | {} | From Account #********7665 | Transfer funds from MMA to checking for settlement distribution | 9999-000 | 79,917.45 | | 79,917.45 |
| 04/09/07 | 101 | Attorney Martin L. Glink | Special counsel attorney fees | 3210-600 | | 60,000.00 | 19,917.45 |
| 04/09/07 | 102 | Good Shepherd Hospital and Harris & Harris, Ltd. | Medical Lien | 4220-000 | | 3,928.00 | 15,989.45 |
| 04/09/07 | 103 | Lake Cook Orthopedic | Medical Lien | 4220-000 | | 4,315.00 | 11,674.45 |
| 04/09/07 | 104 | Dr. Kevin Shoults and Medical Financial Management | Medical Lien | 4220-000 | | 435.90 | 11,238.55 |
| 04/09/07 | 105 | Westfield Insurance Company | Medical Lien | 4220-000 | | 10,000.00 | 1,238.55 |
| 04/09/07 | 106 | Barrington Rehabilitation & Sports Physical Therapy | Medical Lien | 4220-000 | | 963.00 | 275.55 |
| 04/09/07 | 107 | Attorney Martin L. Glink | Expenses - special counsel | 3220-610 | | 275.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 79,917.45 | 79,917.45 | $0.00 |
| | | | Less: Bank Transfers | | 79,917.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 79,917.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$79,917.45** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-76981 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | RAUDEBAUGH, DANIEL D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7558789 | Account: | ***-*****76-66 - Checking Account |
| Period Ending: | 04/09/07 | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Account Balances |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| MMA # ***-*****76-65 | | | | 193,665.36 | 0.00 | 113,747.91 |
| Checking # ***-*****76-66 | | | | 0.00 | 79,917.45 | 0.00 |
| TOTAL - ALL ACCOUNTS | | | | $193,665.36 | $79,917.45 | $113,747.91 |

Checking Account Balance