Case Name:  DANIEL D. RAUDEBAUGH
Case No:    05 B 76981

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 4/25/07                      WILLIAM T. NEARY
                                      United States Trustee, Region 11


                               BY:    __/s/_____
                                          CAROLE J RYCZEK
                                          Attorney for th U.S. Trustee