IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
RAUDEBAUGH, DANIEL D.

CASE NO. 05-76981 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-2892

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

   on:   **June 4, 2007**
   at:   **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 12,933.27 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 4,569.50 | |

4. The Trustee's Final Report shows total:

   a. Receipts                             $    193,665.36

   b. Disbursements                        $     79,917.45

   c. Net Cash Available for Distribution  $    113,747.91

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $96,245.14, to be distributed to the general

unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $291,811.00, resulting in an approximate distribution of 37.62% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    April 9, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
815/962-6611

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3          User: jshores              Page 1 of 1              Date Rcvd: Apr 26, 2007
Case: 05-76981                Form ID: pdf002            Total Served: 14

The following entities were served by first class mail on Apr 28, 2007.
 db         +Daniel D. Raudebaugh,   332 Park Avenue,   Cary, IL 60013-2737
 aty        +David R Herzog,   Herzog & Schwartz Pc,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
 tr         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
10547773    +B.G. Plastering,   164 North Littleton Trail,   Hainesville IL 60030-4131
10426571    +Bank One,   1 Bank One Plaza,   Chicago, IL 60670-0001
10426572    +Barrington Rehab & Sports Therapy,   27401 West Il Route 22 Suite 107,   Barrington, IL 60010-5934
10426573    +Cecil and Mary Jane Raudebaugh,   8600 Willow Branch Lance,   Los Molinos, CA 96055-9674
10426574    +Elizabeth M. Vansteenkiste,   8006 W. Hillside,   Crystal Lake, IL 60012-2941
10426575    +Good Shepherd Hospital,   450 West Il Route 22,   Barrington, IL 60010-1999
10426576  +++Jim and Cathy Hill,   c/o Michael J Coleman,   Riordan, Fulkerson, Smith & Coleman,
              100 N LaSalle St 23rd Fl,   Chicago IL 60602-3515
10426577    +John Steffen,   25945 W. Sunset Lane,   Barrington, IL 60010-2434
10426579    +Lake Cook Orthopedic,   27401 West Il Route 22,   Barrington, IL 60010-5999
10426580    +Leonard Raudebaugh,   6557 Park Ridge,   Anderson, CA 96007-8496
10426582    +Westfield Insurance,   2502 Galen Drive Suite 101,   Champaign, IL 61821-7049
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr          Cecil Raudebaugh
 cr          John Steffen
 cr          Leonard Raudebaugh
 sp          Martin L Glink
 cr          Mary Jane Raudebaugh
10426578     Kevin Shoults
10426581     Smith & Nephew
 aty*       +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                              TOTALS: 7, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2007**                      **Signature:**   *Joseph Speetjens*